IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | Case No. |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION IN THEIR MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

Plaintiff, XYZ Corporation, ("Plaintiff"), by and through its counsel, the Bayramoglu Law Offices, LLC, and pursuant to Local Rule 7.1 of the United States District Court for the Northern District of Illinois, respectfully requests that it be given leave to file their brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order (the "*Ex Parte* Motion") against the Defendants listed in Schedule A attached as Exhibit 2 to the Complaint (the "Defendants") which is in excess of 15 pages in length.

As part of the *Ex Parte* Motion Plaintiff seeks: (1) entry of a temporary restraining order against Defendants enjoining them from the manufacture, importation, distribution, offering for sale, and sale of knockoff products that display or otherwise use, without authorization the copyrights asserted in this action, which are federally registered marks described in Exhibit 1 to the Complaint; (2) a temporary restraining order prohibiting the transfer of Defendants' assets to preserve Plaintiff's right to an equitable accounting; (3) expedited discovery allowing Plaintiff to

inspect and copy Defendants' records related to the manufacture, distribution, offering for sale, and sale of knockoff products that have used, without authorization, the copyrights asserted in this action, and Defendants' financial accounts – which additionally includes discovery on any third parties acting in concert with or associated with Defendants; and (4) service by electronic mail and/or electronic publication.

Plaintiff's *Ex Parte* Motion for TRO includes at least four (4) distinct issues regarding its intellectual property rights, its likelihood of success on multiple claims for relief, and additional arguments concerning expedited discovery and alternative services means, each of which must be decided simultaneously. As a result, Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is approximately 30 pages, which is substantially less than the 60-page limit allowed if multiple required motions were filed separately. Plaintiff, therefore, respectfully requests that it be granted leave to file a combined brief in excess of 15 pages, for purposes of efficiency.

DATED: February 27, 2024

Respectfully submitted,

By: */s/ Nihat Deniz Bayramoglu*
Nihat Deniz Bayramoglu (NV Bar No. 14030)
Gokalp Bayramoglu (NV Bar No. 15500)
David Silver (NV Bar No. 15641)
Nandish Wijetilleke (CO Bar No. 47569)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973
Fax: (702) 553-3404
deniz@bayramoglu-legal.com
gokalp@bayramoglu-legal.com
david@bayramoglu-legal.com
nandish@bayramoglu-legal.com
*Attorneys for Plaintiff*